UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | NO. 3:23-CR- 232 |
| v. | (Judge Mannion) |
| **BRANDON B. BOYER,** | |
| Defendant. | |

FILED
SCRANTON
SEP 11 2023
PER_____
DEPUTY CLERK

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 1030(a)(2)
(Obtaining Information From Protected Computers)

On diverse dates from in or about February 2020 to in or about February 2022, in Schuylkill County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**BRANDON B. BOYER,**

intentionally accessed computers without authorization and thereby obtained information, namely, nude photographs of dozens of adult female victims, from protected computers for purposes of private financial gain.

In violation of Title 18, United States Code, Sections 1030(a)(2)(C)

and (c)(2)(B)(i).

|  |  |
|---|---|
| /s/ Jeffery St John | GERARD M. KARAM<br>United States Attorney |
| JEFFERY ST JOHN<br>Assistant United States Attorney | 9-30-2023<br>Date |